# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS

VERSUS

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, THE 19TH
JUDICIAL DISTRICT FAMILY
COURT, DIVISION OF
ADMINISTRATIVE LAW

NO. 2023 CW 1179

FEBRUARY 16, 2024

---

In Re: Kelvin Wells, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 181016.

---

**BEFORE: WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** Pursuant to La. R.S. 46:236.15(D)(1)(a), if relator seeks review of seizure of property by the Louisiana Department of Children and Family Services ("DCFS"), "the agency shall either release the property or schedule a hearing in accordance with the Administrative Procedure Act." Under the Administrative Procedure Act, "a person who is aggrieved by a final decision or order in an adjudication proceeding is entitled to judicial review…" La. R.S. 49:978.1(A)(1). Further, "[p]roceedings for review may be instituted by filing a petition in the district court of the parish in which the agency is located…" La. R.S. 49:978.1(B); **State in Interest of Caston**, 2020-0768 (La. App. 1st Cir. 2/19/21), 321 So.3d 419, writ denied, 2021-00425 (La. 5/11/21), 315 So.3d 872 ("When reviewing an administrative final decision, the district court functions as an appellate court," and "[o]nce a final judgment is rendered by the district court, an aggrieved party may seek review by appeal to the appropriate appellate court."). Thus, relator should seek review first with the district court.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT